FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 AUG 19 PM 3: 15

CLERK
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

IN RE: ) Case Nos.
) 115-070, U.S. v. Brady
LEAVE OF ABSENCE REQUEST FOR )
ANDREW M. MAGRUDER )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by Andrew M. Magruder in the above-styled cases for the following dates: September 10-11, 2015, September 17-18, 2015 and October 28-30, 2015, the same is hereby GRANTED.

This _19th_ day of _August_, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA