FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP -1 AM 9: 55

CLERK
SO DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 1:15-CR-070  U.S. v. Brady |
| ) | |
| LEAVE OF ABSENCE REQUEST ) | |
| OF ADAM LEAVITT SANDERS ) | |
| ) | |
| Monday, October 19, 2015 through ) | |
| Wednesday, October 21, 2015 ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Special Assistant United States Attorney Adam Leavitt Sanders for Monday, October 19 through Wednesday, October 21, 2015, for the purpose of representing the United States in a military court-martial, the same is hereby GRANTED.

This 1st day of September, 2015.

DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA