FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 NOV -3 AM 9: 47
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: ) Case No. 115-070, U.S. v. Brady
)
LEAVE OF ABSENCE REQUEST FOR )
ANDREW M. MAGRUDER )

### ORDER

Upon consideration of the Motion for Leave of Absence filed by Andrew M. Magruder in the above-styled case for the following dates: November 23, 2015 through November 27, 2015, the same is hereby GRANTED.

This 3rd day of November, 2015.

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA